■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND WELCH, Appellant. [816 NYS2d 565]—Appeal by the defendant from an order of the County Court, Suffolk County (Hinrichs, J.), dated March 3, 2005, which, upon consent,

designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal must be dismissed as no appeal lies from an order entered upon the consent of the appealing party (*see* CPLR 5511).

Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Vasquez,* 70 NY2d 1 [1987]; *People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Goldstein, Fisher and Lifson, JJ., concur.